IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal Case No. 24-cr-00234-LKG |
| SHANTE BUCHANAN, | ) ) | Dated: August 26, 2024 |
| Defendant. | ) ) ) | |

## SCHEDULING ORDER

The parties in the above-captioned criminal matter, shall participate in an initial scheduling conference on **Thursday, September 12, 2024, at 11:00 a.m. Eastern Time**. The initial scheduling conference will be held *via* AT&T Teleconferencing. The Court will provide the parties *via* email with a call-in number, an access code, and a security code. Participating on the call will be counsel of record for each party:

For the Government: **Christopher M Sarma**
United States Attorney's Office
6406 Ivy Lane 8th Fl
Suite 800
Greenbelt, MD 20770
301-344-4431
Email: Christopher.Sarma@usdoj.gov

For Defendant: **Sheryl Robinson Wood**
The Wood Law Firm PLLC
1629 K St NW Ste 300
Washington, DC 20006
12024660986
Fax: 18888253796
Email: sw@thewoodlawfirm.com

In preparation for the initial scheduling conference, the parties shall **FILE** a joint status report, on or before **September 5, 2024**, stating their respective views on the following issues:

1. The status of the parties' exchange of information pursuant to Fed. R. Crim. P. 16, and whether any discovery has yet to be completed.

2. Whether the parties are prepared to proceed to trial, and if so, a proposed trial date, the approximate length of trial, number of witnesses for each side, and any unique issues related to the trial.

3. Whether either party intends to file a pre-trial motion; and if so, the nature of the motion and a proposed schedule for the briefing of the motion.

4. Whether either party intends to file a motion *in limine*.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge