IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. LKG-24-234** |
| | * | |
| **SHANTE BUCHANAN,** | * | |
| | * | |
| **Defendant** | * | |
| | ****** | |

# JOINT STATUS REPORT

The United States of America, by and through its attorney, and the Defendant, through her counsel, are filing the following joint status report in anticipation of the September 12, 2024 initial scheduling conference.

1. **Status of Discovery**

The Government has produced the bulk of Fed. R. Crim. P. 16 discovery through two production volumes. The Government anticipates producing a few more subpoena returns in the next few weeks.

2. **Trial**

The parties are not prepared to proceed to trial.

3. **Pre-Trial Motions**

The Defendant may file pre-trial motions but having just received additional discovery this week, we are not prepared to specify the motions or the briefing schedule at the time of this report.

The Government does not intend to file any pre-trial motions.

4. **Motions *In Limine***

The parties believe that is premature to discuss motions *in limine* at this stage. The parties request that they discuss this issue with the Court only if they determine that a trial is necessary in this matter.

Respectfully submitted,

Erek L. Barron
United States Attorney

By:  _____/s/_____
Christopher Sarma
Assistant United States Attorney


By:  _____/s/_____
Sheryl R. Wood, Esq.
The Wood Law Firm, PLLC
Counsel for Defendant