IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal Case No. 24-cr-00234-LKG |
| SHANTE BUCHANAN, | ) Dated: September 12, 2024 |
| Defendant. | ) |

## SCHEDULING ORDER

On September 12, 2024, the parties participated in an initial scheduling conference in the above-captioned criminal matter. ECF No. 33. During the telephonic conference, counsel for the Defendant indicated that the Defendant will be retaining new counsel. *Id.* And so, the parties stated that they are not ready to set a schedule for trial and pre-trial proceedings. *Id.*

In light of the foregoing, and for the reasons stated in the telephonic conference, the parties shall **FILE** a joint status report on or before **October 28, 2024** stating: (1) whether the Defendant has retained new counsel; (2) whether the parties are ready to set the case for trial and to set a schedule for pre-trial proceedings; and, if so, (3) the parties' views regarding the approximate length of trial, number of witnesses for each side, and any unique issues related to the trial; (4) whether the parties intend to file any pretrial motions, and (5) a proposed schedule for trial and pretrial proceedings.

The Government is **DIRECTED** to monitor the speedy trial date and to **FILE** any motions to exclude time from speedy trial computations, as necessary.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge